# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK BANKS, *American Indian*, | ) ) ) | |
| Petitioner, | ) ) | Civil Action No. 15-1342 |
| v. | ) ) | Judge Cathy Bissoon |
| DAVID HICKMAN, *et. al*, | ) ) ) | Magistrate Lisa Pupo Lenihan |
| Respondents. | ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On November 9, 2015, the Magistrate Judge issued a Report (Doc. 2) recommending that Frederick Banks's ("Petitioner") Motion for Leave to Proceed in Forma Pauperis be dismissed for a lack of proper documentation; pursuant to the "three strikes rule" of 28 U.S.C. § 1915(g); and as in violation of Judge Nora Barry Fischer's Court Order in Civil Action No. 13-1198 (Doc. 10). The Magistrate Judge further recommended that the Clerk of the Court mark the case closed. On November 18, 2015, Petitioner filed his objections. (Doc. 3).

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

Petitioner's Motion for Leave to Proceed in Forma Pauperis (**Doc. 1**) is **DENIED**. The Report and Recommendation of the Magistrate Judge, dated November 9, 2015, hereby is adopted as the Opinion of the District Court.

IT IS SO ORDERED.


November 19, 2015                    s\Cathy Bissoon
                                     Cathy Bissoon
                                     United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

**FREDERICK BANKS**
120759
950 2nd Ave.
Pittsburgh, PA 15219